**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-1055

_____

KYM HENLEY,

Plaintiff - Appellant,

versus

MICHAEL CHERTOFF, Secretary, US Department of
Homeland Security,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District Judge.
(1:06-cv-00299-WDQ)

_____

Submitted:  January 30, 2008        Decided:  February 12, 2008

_____

Before KING, GREGORY, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Richard H. Semsker, Shannon M. Salb, Bethesda, Maryland, for
Appellant.  Rod J. Rosenstein, United States Attorney, Ariana
Wright Arnold, Assistant United States Attorney, Baltimore,
Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kym Henley appeals the district court's order granting Defendant's motion for summary judgment and dismissing her employment discrimination action, filed pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e - 2000e-17 (2000), for failure to exhaust her administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Henley v. Chertoff</u>, No. 1:06-cv-00299-WDQ (D. Md. Dec. 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>